DEFAULT O/E - BM

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
***************************************************************
IN RE:                              :
                                    :
W.S. LEE & SONS, INC.               :   Bankruptcy No. 06-70148 BM ✓
                                    :
        Debtor                      :   Chapter 11
                                    :   Re: doc #470
***************************************************************
IN RE:                              :
                                    :
LEE SYSTEMS SOLUTIONS, LLC          :   Bankruptcy No. 06-70149 BM
                                    :
        Debtor                      :   Chapter 11
                                    :
***************************************************************
                                    :
W.S. LEE & SONS, INC. and           :
LEE SYSTEMS SOLUTIONS, LLC,         :
                                    :
        Movants                     :
                                    :
            v.                      :   DOC. #
                                    :
NO RESPONDENT                       :
                                    :   Hearing Date:
                                    :   Hearing Time:
                                    :
***************************************************************
```

ORDER OF COURT

AND NOW, this _10-3-06_ day of _____, 2006, the Court having considered the within Application Of Debtors-In-Possession To Retain Special Counsel For Collection Matters, and it appearing to the Court that the firm of Hippo & Fleming represents no interest adverse to the Estates, that they will be and become, once this Order is entered, disinterested and that their employment is necessary and in the best interest of these Estates, IT IS HEREBY ORDERED, ADJUDGED, DETERMINED, FOUND AND DECREED that Hippo & Fleming be, and they are hereby authorized to serve as Special Counsel for Collection Matters for the Estates/Debtors-In-Possession in these cases. Payment of professional services rendered shall be made only after the filing of an Application For Approval Of Professional

Compensation and only to the extent that the Court, after notice and hearing, authorizes and approves the payment of professional compensation to said firm.

BY THE COURT:

_/s/ Bernard Markovitz_  10-3-06
BERNARD MARKOVITZ
UNITED STATES BANKRUPTCY JUDGE

FILED

OCT 3 2006

CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA